UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELICA DE LA CRUZ o.b.o. Z.D.,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:20-cv-956

Hon. Hala Y. Jarbou

## ORDER

On December 29, 2021, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) recommending that the Commissioner's decision be vacated and this matter remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g) (ECF No. 22).  The R&R was duly served on the parties.  No objections have been filed under 28 U.S.C. § 636(b)(1)(C), and the deadline for doing so expired on January 12, 2022.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 22) is **APPROVED** and **ADOPTED** as the opinion of the Court.

A judgment will issue in accordance with this order.

Date: January 20, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE